# FEE APPLICATION COVER SHEET

Final Fee Application of: Goff Law Group LLC

Time Period: 4/27/2026 to 8/25/2026

Bankruptcy Petition Filed: 10/11/2025

Date of Entry of Retention Order: 5/19/2026

| Amount Requested | | Reductions | |
|---|---|---|---|
| Fees | $11,833.34 | Voluntary Fee Reductions | $0.00 |
| Expenses | $ 135.50 | Expenses | $0.00 |
| **TOTAL** | **$11,968.84** | | |

| Retainer Request: | | Expense Detail: | | Expense Detail: | |
|---|---|---|---|---|---|
| Retainer Received | $______ | Copies: | $______ | Copies – per page cost and total | $______ |
| Prior award applied | $______ | Travel: | $______ | | |
| Balance before this request | $______ | Other: | | | |

**Hours and Rates:**

Hours/Rates per professional:

10/23/2024-4/26/2026:

A. Chace Wessling, Esq: 17.00 hrs/$495.00;

$ 8,415.00

4/26/2026-8/25/2026:

A. Chace Wessling, Esq 6.50 hrs/$495.00

$ 3,217.50

**Grand Total** **$11,632.50**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| | ) | CHAPTER 7 |
| | ) | CASE NO. 25-50777(JAM) |
| JUANA CECILIA PEREZ VASQUEZ | ) | |
| Debtor | ) | SEPTEMBER 24, 2026 |
| | ) | |

**TRUSTEE'S FINAL APPLICATION FOR GOFF LAW GROUP LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE TRUSTEE**

TO THE HONORABLE JULIE A. MANNING, UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Kara S. Rescia, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Juana Cecilia Perez Vasquez (the "Debtor") for Goff Law Group LLC ("Special Counsel") and hereby requests pursuant to 11 U.S.C. §§ 330, 331, 507(a)(1) and 503(b) and Conn. Local Bankr. R. 6005-1, for the entry of an Order by this Court approving an administrative expense claim for Special Counsel in the amount of $11,833.34 for services rendered and $135.50 in expenses incurred.

1. This final application made pursuant to §§ 328, 331, 507(a) and 503(b) of Title 11, United States Code, Bankruptcy Rule 2016-1, is for allowance of compensation for legal services rendered by Special Counsel while serving as special counsel to the Trustee. This application seeks compensation for the legal services rendered during the period from April 27, 2026 to August 25, 2026, in the contingency fee amount of $11,833.34 and out of pocket expenses in the amount of $135.50 for a total of $11,968.84.
2. This application is the first and final application for Special Counsel for compensation for services rendered and for expenses incurred in connection with a personal injury claim of the Debtor as a result of a motor vehicle accident on or about October 21, 2024 with another vehicle driven by Edgar M. Lopez in Norwalk, Connecticut (the "Personal Injury Claim").

3. By Order dated May 19, 2026 (Doc. Id. 29), this Court approved the application of the Trustee to employ the Special Counsel as her special counsel which provided that the Special Counsel would receive compensation based upon a one-third contingency fee as limited by Connecticut General Statues Section 52-251c, plus reasonable expenses, upon recovery for the Personal Injury Claim. A copy of said Order is attached hereto and made a part hereof as Exhibit "A".
4. Attached to this Application as Exhibit "B" is an Affidavit Regarding Attorney's Fees along with the time billing records of Special Counsel in this matter for the time periods after appointment as Special Counsel for services rendered by attorneys of the Special Counsel. These records set forth the following: for the time period prior to appointment as special counsel from October 23, 2024 through April 26, 2026 encompassing 17.00 hours of attorney work at an hourly rate of $495.00 in the amount of $8,415.00.
5. For the time period after filing Application to Employ as special counsel on April 27, 2026 these records set forth the following: 6.50 hours of attorney work at an hourly rate of $495.00 in the total amount of $3,217.50. The combined aggregate billable dollars during the period covered by this application are $11,632.50 encompassing a combined total of 23.50 hours of professional time.
6. Accordingly, as the proposed gross recovery in the Personal Injury Claim is $35,500.00, Special Counsel is entitled to one-third (1/3) of $35,500.00, which results in a requested contingency fee of $11,833.34.
7. Special Counsel has also incurred out of pocket expenses of $135.50. The itemized out of pocket expenses incurred with certain backup documentation are attached hereto as Exhibit "C".
8. Special Counsel has not entered into any agreement, express or implied, with any other party in interest, including the Debtor, any creditor, or any representative of them, or with any attorney or accountant for any such party in interest for the purpose of fixing the fees or the

compensation to be paid for services rendered or expenses incurred in connection with this case.

**WHEREFORE**, the Trustee respectfully prays that Goff Law Group LLC as Special Counsel to the Trustee be allowed as administrative expense compensation in the amount of $11,833.34 for services rendered together with the sum of $135.50 for Special Counsel's reasonable expenses and for such other relief as this Court deems proper.

Respectfully Submitted,
Kara S. Rescia, Chapter 7 Trustee
of the Bankruptcy Estate of
Juana Cecilia Perez Vasquez

/s/ Kara S. Rescia

Kara S. Rescia, Trustee
Federal Bar No. CT18001
5104A Bigelow Commons
Enfield, CT 06082
Tel: 860-452-0052
Email: kara@ctmalaw.com
Dated: September 24, 2026

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| | ) | CHAPTER 7 |
| | ) | CASE NO. 25-50777(JAM) |
| JUANA CECILIA PEREZ VASQUEZ | ) | |
| Debtor | ) | |
| | ) | |

**ORDER RE: TRUSTEE'S FINAL APPLICATION FOR GOFF LAW GROUP LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE TRUSTEE**

The Trustee's Final Application for Goff Law Group LLC for Compensation for Services Rendered as Special Counsel to the Trustee, filed on September 24, 2026 as Doc. Id. __ having come on for hearing before the Court on notice to creditors and other parties in interest, it is hereby

**ORDERED** that, the Trustee's Final Application for Goff Law Group LLC as Special Counsel is hereby authorized to be paid as administrative expense compensation in the amount of $11,833.34 for professional services rendered to the bankruptcy estate as special counsel; and

**ORDERED** that, the Trustee's Final Application for Goff Law Group LLC is hereby authorized to be paid an administrative expense claim for reimbursement of out-of-pocket expenses in the aggregate amount of $135.50.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

**EXHIBIT**
"A"

| | |
|---|---|
| JUANA CECILIA PEREZ VASQUEZ<br>Debtor | CHAPTER 7<br>CASE NO. 25-50777(JAM)<br>RE: ECF No. 18 |

**ORDER AUTHORIZING APPOINTMENT OF SPECIAL COUNSEL FOR THE TRUSTEE**

Upon the petition of Kara S. Rescia, Bankruptcy Trustee, dated April 27, 2026, seeking authorization to employ Goff Law Group LLC ("Special Counsel") as counsel for the Trustee of this Estate, as set forth in the Application, and the Court being satisfied that pursuant to Title 11 United States Code, Section 327(e) that said law firm represents no interest adverse to the Trustee the Estate, the creditors or the Office of the United States Trustee in the matters upon which it is to be engaged for the Estate, and its employment is in the best interest of the Estate:

**IT IS HEREBY ORDERED** that pursuant to Section 327(e) the Application is **APPROVED** and the Trustee is authorized to retain the Goff Law Group LLC as her counsel to prosecute a personal injury claim against Edgar M. Lopez (the "Personal Injury Claim").

**IT IS FURTHER ORDERED** that payment of compensation and reimbursement of expenses incurred by Goff Law Group LLC as counsel for the Trustee shall be computed on a contingent fee based on a one-third (1/3) contingency fee as limited by Connecticut General Statutes Section 52-25 lc, plus reasonable expenses, subject to further orders of the Court after notice and a hearing upon proper application, pursuant to Sections 330 and 331. Special Counsel has acknowledged and agreed that a one-third referral fee to Morgan and Morgan will paid solely out of any its' Bankruptcy Court approved fees.

Dated at Bridgeport, Connecticut this 19th day of May, 2026.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

EXHIBIT
"B"

## AFFIDAVIT REGARDING ATTORNEY'S FEES

I, **A. Chace Wessling Esq.,** of Goff Law Group LLC, located at 433 South Main Street, Suite 328, West Hartford, CT 06110 being duly sworn, depose and say:

1. That I am over the age of eighteen and believe in the obligations of an oath.
2. That I make this Affidavit of my own free will.
3. That my firm was appointed on May 19, 2026 to represent the interests of the Trustee Kara S. Rescia and the Bankruptcy Estate of Juana Cecilia Perez Vasquez, Case No. 25-50777(JAM), with regard to a certain personal injury claim of the Debtor resulting from a motor vehicle accident which occurred pre-petition on or about October 21, 2024 (the "Personal Injury Claim").
4. That, upon my recommendation and that of the Bankruptcy Trustee Kara S. Rescia, the Trustee has filed with the Bankruptcy Court a Motion to Approve Compromise and Settlement of Claim simultaneously herewith and, in so doing, ordered that the Estate may compromise and resolve said claim in the amount of $35,500.00 upon the further terms and conditions set forth in said Motion.
5. That the Trustee Kara S. Rescia has requested that the undersigned submit this affidavit setting forth the basis for the resulting fee requested by my law firm for our representation of Juana Cecilia Perez Vasquez for the Bankruptcy Estate relative to the Personal Injury Claim.
6. Goff Law Group LLC's practice is exclusively in Plaintiff's personal injury and is performed on a contractual contingency fee basis, and, as a result, it is not my custom and practice to keep contemporaneous time records for all work performed in the context of said litigation cases.
7. While it is impossible to calculate the exact amount of time spent on the Personal Injury Claim, per the request of the Trustee Kara S. Rescia, the undersigned has estimated the fees incurred in the context of this representation to be as follows, and is prepared to testify to the same:

   A. Attorney's time and hours prior to filing on Application to employ Special Counsel: __17_ hours at $_495_.00 per hour = $__8,415.00___

   B. Attorney's time and hours after file Application to Employ Special Counsel on 4/27/2026: _6.5__ hours at $_495_.00 per hour = $__3,217.50___.

8. The resulting total estimated time/fee for the representation of Ms. Perez Vasquez and the Bankruptcy Estate for our representation in the context of the Personal Injury Claim is $ $11,632.50 . The requested fee is, however $11,833.34 as agreed upon in the underlying contingency fee agreement (1/3 of the gross settlement amount of $35,500.00).

A. Chace Wessling, Esq.
Goff Law Group LLC
433 South Main Street, Suite 328
West Hartford, CT 06110
Tel: (203) 399-0000
Email: chace@gofflawgroup.net

Subscribed and sworn to before me this 25 day of August, 2026.

Notary Public

My Commission Expires: ________

LYDIA E. DIAZ NOTARY PUBLIC CONNECTICUT

LYDIA E. DIAZ
Notary Public, State of Connecticut
My Commission Expires April 30 2031

## PERIOD 1 — Attorney Time and Hours Prior to Filing Application to Employ Special Counsel

*(Covering approximately October 23, 2024 through April 26, 2026)*

1. Initial client intake, execution of contingency fee agreement, and VineSign contract completion (10/23/2024) — **1.0 hours**
2. SOL review and introductory call with client (10/23/2024) — **1.0 hours**
3. Preparation and transmission of Letters of Representation to Allstate Connecticut Casualty (Liability) and Progressive (UIM) (10/24/2024) — **0.5 hours**
4. Preparation and transmission of Letters of Protection (LOPs) to Slovin Chiropractic Center, Comprehensive MRI of White Plains, Dr. Patrick Mastroianni M.D., and Dr. Roger Kaye; coordination of referrals and scheduling — **1.0 hour**
5. Medical records and bills requests to Norwalk Hospital, Slovin Chiropractic Center, Comprehensive MRI of White Plains, Advanced Radiology, and Dr. Roger Kaye — **1.0 hour**
6. Client communication and status updates throughout the treatment period, including paralegal-relayed communications in Spanish over approximately 18 months — **2.0 hours**
7. Contact and follow-up with adjuster Alexander Kropp at Allstate — **0.5 hours**
8. Review of medical records and treatment status; coordination of missing records; managing Mastroianni no-show appointments and Dr. Kaye outstanding balance issues — **1.5 hours**
9. Preparation and transmission of demand package to Allstate; confirmation of receipt with adjuster — **2.0 hours**
10. Settlement negotiations with Allstate — **1.5 hours**
11. Receipt of notice of Debtor's bankruptcy filing; initial coordination with Trustee Kara S. Rescia and co-counsel Jose O. Castaneda; responding to Trustee's case status inquiries (January 2026) — **2.0 hours**
12. Conference call with Miranda Markham (Morgan & Morgan) regarding referral documentation and Application to Employ paperwork (2/17/2026) — **1.0 hour**
13. Work session dedicated to drafting and reviewing bankruptcy filing paperwork — **1.0 hour**
14. Extended email correspondence with Miranda Markham regarding referral verification, Application to Employ documentation, and notarization delays — **1.0 hour**

**Period 1 Total Estimated Hours: approximately 17.0 hours**

---

## PERIOD 2 — Attorney Time and Hours After Filing Application to Employ Special Counsel

*(Covering April 27, 2026 through present)*

1. Review of Order on Application to Employ Special Counsel; email correspondence with Trustee Rescia regarding the settlement approval process, scope of support paragraphs, and time-tracking directive (6/25/2026) — **1.0 hour**
2. Drafting of Affidavit of PI Counsel in support of fee application, including preparation of settlement justification narrative and fee calculation — **2.0 hours**
3. Ongoing correspondence with Trustee's office regarding settlement approval, disbursement coordination, and any supplemental documentation required — **1.5 hour**
4. Remaining tasks to close out the matter, including preparation of settlement statement, coordination of disbursement to estate, and resolution of outstanding medical provider balances — **2.0 hours**

**Period 2 Total Estimated Hours: approximately 6.5 hours**

GOFF Law GROUP

EXHIBIT "C"

August 25, 2026

Trustee, Kara S. Rescia
5104A Bigelow Commons
Enfield, CT 06082

**Re: Juana Perez**

Dear Ms. Rescia,

Below please find our cases expenses for Juana Perez with invoices attached.

**Case Expenses:**

| | |
|---|---|
| • Police Report | $10.10 |
| • Ciox – Medical Record | $33.53 |
| • Ciox – Medical Record | $35.97 |
| • Postage | $55.90 |
| **Total Case Expenses** | **$135.50** |

Please let us know if you need anything further.

Sincerely,

Andrew C. Wessling

A. Chace Wessling, Esq

**Datavant-PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

datavant
**INVOICE**

Invoice #: **0526512830**
Date: **10/08/2025**
Customer #: **2423824**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| GOFF LAW GROUP<br>GOFF LAW GROUP<br>433 S MAIN ST<br>STE 328<br>WEST HARTFORD,CT 06110-2812 | GOFF LAW GROUP<br>GOFF LAW GROUP<br>433 S MAIN ST<br>STE 328<br>WEST HARTFORD,CT 06110-2812 | NORWALK HOSPITAL<br>34 MAPLE ST<br>NORWALK,CT 06850-3815 |

**Requested By:** MARIA MEJIAS **DOB :**
**Patient Name:** PEREZ JUANA

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800-367-1500.

**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 48 | 0.65 | 31.20 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 33.20 |
| Sales Tax | | | 0.33 |
| Invoice Total | | | 33.53 |
| Balance Due | | | 33.53 |

**Please remit this amount : $33.53(USD)**

---

**Datavant-PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0526512830**

Check #______________________

Payment Amount $______________

Ciox is now Datavant-www.Datavant.com

**Please return stub with payment.**

Please include invoice number on check.
To pay invoice online, please go to https://pay.datavant.com or call 800-367-1500.
Email questions to customerservice@datavant.com.

Ciox Health - PAYMENTS ONLY
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

CIOX HEALTH

# INVOICE

Invoice #: 0483627088
Date: 11/13/2024
Customer #: 2437240

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MARIA MEJIAS<br>GOFF LAW GROUP<br>433 S MAIN ST<br>WEST HARTFORD,CT 06110-1670 | MARIA MEJIAS<br>GOFF LAW GROUP<br>433 S MAIN ST<br>WEST HARTFORD,CT 06110-1670 | NORWALK HOSPITAL<br>34 MAPLE ST<br>NORWALK,CT 06850-3815 |

Requested By: GOFF LAW GROUP DOB :
Patient Name: PEREZ VASQUEZ JUANA

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800-367-1500.

FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 47 | 0.65 | 30.55 |
| Shipping | | | 3.27 |
| Subtotal | | | 33.82 |
| Sales Tax | | | 2.15 |
| Invoice Total | | | 35.97 |
| Balance Due | | | 35.97 |

Please remit this amount : $35.97(USD)

---

Ciox Health - PAYMENTS ONLY
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0483627088

Check #____________________

Payment Amount $________________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://www.smartrequest.com/

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

**Rebecca Hodges**

| | |
|---|---|
| **From:** | Maria Mejia |
| **Sent:** | Tuesday, August 25, 2026 12:25 PM |
| **To:** | Rebecca Hodges |
| **Subject:** | FW: LexisNexis BuyCrash - Receipt for Order |

**From:** LexisNexis <noreply@risk.lexisnexis.com>
**Sent:** Monday, November 25, 2024 2:44 PM
**To:** Maria Mejia <maria.mejia@GoffLawGroup.net>
**Subject:** LexisNexis BuyCrash - Receipt for Order

BuyCrash

**Thank you for your order.**

| Receipt for Order | |
|---|---|
| **Last Name(s):** | LOPEZ,PEREZ VASQUEZ |
| **Date of Incident:** | 10/21/2024 |
| **Location:** | CEDAR ST / KEELER AVE |
| **Jurisdiction:** | NORWALK POLICE DEPARTMENT, CT |
| **Report Number:** | 00125781 |
| **Report Type:** | Accident Report |
| **Price for Report:** | $10.00 |
| **Reference Number:** | |

**To view your report, Go to LexisNexis®BuyCrash. The report is available using your email and order number via the Previous Orders box.**
**Please note: downloaded reports are available for 30 days.**

**The download will expire on: 2024-12-25.**

| Purchasing Information | |
|---|---|
| **Order Number:** | 111939-732338 |
| **Name:** | Maria Mejias |
| **Total Quantity:** | 1 |
| **Subtotal:** | $10.00 |
| **Tax:** | $0.10 |
| **Total:** | $10.10 |
| **Payment Method** | Visa |

| | |
|---|---|
| **Credit Card Number** | xxxxxxxxxxxx5896 |
| **Expire Date** | 10/2028 |

**Your access and use of this report and these services is subject to the Terms and Conditions.**

Please do not reply to this automated message. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by Email Support, and delete the original message.

Copyright©LexisNexis Risk Solutions | Privacy Policy

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

| # | Vendor | Type | Invoice # | Invoice Date | Amount Paid | Source |
|---|---|---|---|---|---|---|
| | Datavant / Ciox Health (Norwalk Hospital Records) | Medical Record | 0526512830 | 10/08/2025 | **$33.53** | Expenses section; confirmed via SmartRequest receipt (Order #32950044, paid 10/15/2025) |
| | Buycrash / LexisNexis (Police Report) | Police Report | 111939-732338 | 11/25/2024[10] | **$10.10** | Expenses section; BuyCrash order receipt in file notes |
| | Postage | Postage | N/A | N/A | **$55.90** | Expenses section; no invoice document on file |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| ) | CHAPTER 7 |
| ) | CASE NO. 25-50777(JAM) |
| JUANA CECILIA PEREZ VASQUEZ ) | |
| Debtor ) | SEPTEMBER 24, 2026 |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned Trustee hereby certifies that on September 24, 2026 in accordance with Rules 7004, 7005, and 9014 F.R.Bank.P., I served a copy of Trustee's Final Application for Goff Law Group LLC for Compensation and Reimbursement of Expenses as Special Counsel to the Trustee with Fee Application Coversheet, Exhibits A, B & C, Proposed Order and Notice of Contested Matter Response Date to the following by this Court's CM/ECF system to those parties receiving transmission by CM/ECF and by US Mail, postage pre-paid, to those parties not receiving CM/ECF transmission as follows below and those interested parties listed on Exhibit "A":

Office of the United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtor
Juana Cecilia Perez Vasquez
17 Fullmar Lane
Norwalk, CT 06850

Counsel to Debtor
Jose O. Castaneda, Esq.
219 Westchester Avenue, Suite 2
Port Chester, NY 07601

Special Counsel to Trustee
A. Chace Wessling, Esq.
Goff Law Group LLC
433 South Main Street, Suite 328
West Hartford, CT 06110

/s/ Kara S. Rescia
Kara S. Rescia, Trustee

**EXHIBIT "A"**

American Honda Finance
Attn: CEO
PO Box 168128
Irving, TX 75016

Cavalry Portfolio Services
Attn: Bankruptcy
1 American Lane, Suite 220
Greenwich, CT 06831

Chase
Attn: CEO
PO Box 15123
Wilmington, DE 19850

E-Z Pass
Attn: CEO
Violations Processing Center
PO Box 15186
Albany, NY 12212-5186

Grameen America
Attn: CEO
82-11 37th Avenue, Suite 607
Jackson Heights, NY 11372

Honda Financial Services
Attn: CEO
PO Box 7829
Philadelphia, PA 19101

Internal Revenue Service
Attn: Commissioner
PO Box 7346
Philadelphia, PA 19101-7346

Macy's
Attn: CEO
PO Box 183083
Columbus, OH 43218

Newrez
Attn: CEO
PO Box 619063
Dallas, TX 75261

Receivable Management Services, LLC
Attn: CEO
7350 Tilghman Street
Allentown, PA 18106

Sunrise Credit Services, Inc.
Attn: CEO
PO Box 9004
Melville, NY 11747

Erik Sloven, MD
Slovin Chiropractic Center
99 Main Street
Norwalk, CT 06851
Email: erik.slovin@gmail.com