**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| | ) | CHAPTER 7 |
| | ) | CASE NO. 25-50777(JAM) |
| JUANA CECILIA PEREZ VASQUEZ | ) | |
| Debtor | ) | OCTOBER 6, 2026 |
| | ) | |

# CERTIFICATE OF SERVICE

The undersigned Trustee hereby certifies that on September 24, 2026, in accordance with Rules 7004, 7005, and 9014 F. R. Bank. P., I served a copy of the Notice of Hearing on Appendix N Matter re: Trustee's Motion for Authority to Compromise and Proposed Order scheduled on October 20, 2026 at 10:00 a.m. by this Court's CM/ECF system to those parties receiving transmission by CM/ECF and by US Mail, postage pre-paid, to those parties not receiving CM/ECF transmission as follows and as listed on the attached Exhibit "A":

Office of the United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtor
Juana Cecilia Perez Vasquez
17 Fullmar Lane
Norwalk, CT 06850

Counsel to Debtor
Jose O. Castaneda, Esq.
Castaneda Law Group
219 Westchester Avenue, Suite 2
Port Chester, NY 07601

Special Counsel
A. Chace Wessling, Esq.
Goff Law Group, LLC
433 S. Main Street, Suite 328
West Hartford, CT 06110

Defendant
Edgar M. Lopez
340 W. Cedar Street
Norwalk, CT 06854

Defendant Insurance Company
Allstate Connecticut Casualty
Attn: Alexander Kropp, Adjuster
PO Box 660636
Dallas, TX 75266

Debtor Insurance Company
Progressive Claims
PO Box 94670
Cleveland, OH 44101

/s/ Kara S. Rescia
Kara S. Rescia, Trustee

**EXHIBIT "A"**

American Honda Finance
Attn: CEO
Po Box 168128
Irving, TX 75016

Cavalry Portfolio Services
Attn: Bankruptcy
1 American Lane, Ste 220
Greenwich, CT 06831

Chase
Attn: CEO
PO Box 15123
Wilmington, DE 19850

E-Z Pass
Attn: Violations Processing Center
PO Box 15186
Albany, NY 12212-5186

Grameen America
Attn: CEO
82-11 37th Ave, Ste 607
Jackson Heights, NY 11372

Honda Financial Services
Attn: CEO
PO Box 7829
Philadelphia, PA 19101

Internal Revenue Service
Attn: Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Macy
Attn: CEO
PO Box 183083
Columbus, OH 43218

Newrez
Attn: CEO
PO Box 619063
Dallas, TX 75261

Receivable Management Services, LLC
Attn: CEO
7350 Tilghman Street
Allentown, PA 18106

Sunrise Credit Services, Inc.
Attn: CEO
PO Box 9004
Melville, NY 11747